UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ**, individually, and on behalf of all other similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**LEAD ELITE L.L.C., REALTY ONE GROUP, INC.**,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§   No. 3:25-CV-00365-LS<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE

Upon consideration of Plaintiff's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 6, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 19.